1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, California 91723
4  (626)653-0455

5              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
6

7

8  TOP RANK, INC.                    )  **00-CV-09155-HLH-SH**
9                                    )
                                     )
10         Plaintiff,                )  **RENEWAL OF DEFAULT JUDGMENT**
                                     )  **BY CLERK**
11      vs.                          )
                                     )
12  ROBERT LOPEZ individually and    )
13  dba BOB'S SPORTSMAN HIDEOUT      )
                                     )
14  aka BOB'S COCKTAILS, jointly &   )
    severally                        )
15            Defendant             )
                                     )
16  _____)

17      Based upon the Application for Renewal of Judgment of the

18
   original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P.
19
20  639.110 through 683.320 and good cause appearing, therefore:

21
22      The default judgment entered on October 8, 2002 against

23  defendant, **ROBERT LOPEZ individually and dba BOB'S SPORTSMAN**

24
   **HIDEOUT aka BOB'S COCKTAILS, jointly and severally,** is hereby
25
26  renewed on the amounts set forth:

27

28
   Page 1 of 2                        RENEWAL OF DEFAULT JUDGMENT
                                       Case No. 00-CV-09155-HLH-SH

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---|
| a. Total judgment | $7,996.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 7,996.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 7,996.00 |
| g. Interest after judgment | 1,983.11 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **$9,979.11** |

DATED: September 25, 2012          **Clerk by** Lori Muraoka, Deputy Clerk

U.S. District Court

RENEWAL OF DEFAULT JUDGMENT
Case No. 00-CV-09155-HLH-SH