FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP RANK, INC.<br><br>　　　　Plaintiff,<br>　　vs.<br><br>ROBERT LOPEZ individually and dba BOB'S SPORTSMAN HIDEOUT aka BOB'S COCKTAILS, jointly & severally<br>　　　　Defendant | 00-CV-09155-HLH-SH<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

　　Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

　　The default judgment entered on October 8, 2002 against defendant, **ROBERT LOPEZ individually and dba BOB'S SPORTSMAN HIDEOUT aka BOB'S COCKTAILS, jointly and severally,** is hereby renewed on the amounts set forth:

1 | **RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $7,996.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 7,996.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 7,996.00 |
| g. Interest after judgment | 1,983.11 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **$9,979.11** |

DATED: September 25, 2012          Clerk by  Lori Muraoka, Deputy Clerk
                                             U.S. District Court